# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ENAAS NIKROO MORRISON, INDIVIDUALLY AND IN HER CAPACITY AS PROVISIONAL ADMINISTRATRIX OF THE SUCCESSION OF DORIAN MAXWELL MORRISON

VERSUS

BRITTANY VARNADO ADAMS, TRUSTEE OF THE C&C MORRISON TRUST A FOR THE BENEFIT OF DORIAN M. MORRISON AND AS TRUSTEE OF TRUST B FOR THE BENEFIT OF JOSEPHINE RHIANNON MORRISON

NO.   2023 CW 0066

MARCH 13, 2023

---

In Re:    Brittany Varnado Adams, Trustee of the C & C Morrison Trust A for the benefit of Dorian M. Morrison and as Trustee of Trust B for the Benefit of Josephine Rhiannon Morrison, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 723945.

---

BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.

**WRIT GRANTED.**  The portion of the trial court's December 6, 2022 judgment denying the peremptory exception of no cause of action filed by the defendant, Brittany Varnado Adams, as Trustee of the C & C Morrison Trust A for the benefit of Dorian M. Morrison and Trust B for the benefit of Josephine Rhiannon Morrison, is reversed.  We find the plaintiff, Enaas Nikroo Morrison, fails to state a cause of action for reimbursement of money taken from the proceeds of the sale of immovable property to satisfy a mortgage securing payment of a promissory note that was executed prior to the plaintiff accepting an inter vivos donation of the subject immovable property.  See La. Civ. Code art. 1549.  Accordingly, the exception of no cause of action is granted, and the claims of Enaas Nikroo Morrison against Brittany Varnado Adams, as Trustee of the C & C Morrison Trust A for the benefit of Dorian M. Morrison and Trust B for the benefit of Josephine Rhiannon Morrison, are dismissed with prejudice.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

a.S.D

---
DEPUTY CLERK OF COURT
FOR THE COURT